JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
    1477 Drew Avenue, Suite 106
    Davis, California 95616
    Telephone:    530.759.0700
    Facsimile:    530.759.0800

Attorney for Defendant
DONNA ROWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 05  0128 LKK |
| Plaintiff, | |
| vs. | **ORDER EXTENDING VOLUNTARY SURRENDER DATE** |
| JAMES KALFSBEEK, et al., | |
| Defendants. | |

**ORDER**

A request to extend the time for voluntary surrender having been presented in open court on March 23, 2010, and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, DONNA ROWE, shall self-surrender at the facility to be designated by the Bureau of Prisons, on or before **April 30, 2010**. The Court is granting defendant's request to permit her to complete an ongoing medical evaluation.

Dated: March 25, 2010

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT