**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95616**
    **Telephone:    530.759.0700**
    **Facsimile:    530.759.0800**

**Attorney for Defendant**
**DONNA ROWE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 05 0128 LKK |
|     Plaintiff, | |
| vs. | **ORDER EXTENDING VOLUNTARY SURRENDER DATE** |
| JAMES KALFSBEEK, et al., | |
|     Defendants. | |

**ORDER**

A request to extend the time for voluntary surrender having been presented in open court on April 27, 2010, and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, DONNA ROWE, shall self-surrender at the facility to be designated by the Bureau of Prisons, on or before 2:00 p.m., on **May 21, 2010**. The Court is granting defendant's request to be permitted to assist her family in light of a family member's terminal illness and imminent death.

Dated: April 29, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT