**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone:**     **530.759.0700**
   **Facsimile:**     **530.759.0800**

**Attorney for Defendant**
**DONNA ROWE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br><br>JAMES KALFSBEEK, et al.,<br><br>           Defendants. | Case No. CR S 05-0128 LKK<br><br>**ORDER EXTENDING VOLUNTARY SURRENDER DATE** |

**ORDER**

A request to extend the time for voluntary surrender having been presented in open court on May 25, 2010, and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, DONNA ROWE, shall self-surrender at the facility to be designated by the Bureau of Prisons, on or before 2:00 p.m. on **June 11, 2010**. The Court is granting defendant's request to permit her to complete an ongoing medical evaluation.

Dated: May 27, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT